UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

TERRON C. PRICE,

    Petitioner,

v.

DONALD GAETZ, *Warden*, *et al*.,

    Respondents.

Case No. 09-cv-831-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Petitioner Terron Price's Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is denied, that judgment is entered in favor of Respondents and against Price, and that this case is dismissed with prejudice.

**DATED: June 14, 2011**        NANCY ROSENSTENGEL, CLERK

                                            BY:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**